1 | McGREGOR W. SCOTT
United States Attorney
2 | MICHAEL W. REDDING
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 | Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,                    CASE NO.  2:20-CR-32-WBS

12 |                        Plaintiff,             STIPULATION REGARDING EXCLUDABLE
                                                   TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |              v.                               FINDINGS AND ORDER

14 | DONALD CONFERLETE CARNEY, and              DATE: March 23, 2020
JONTE DEON SCOTT,                              TIME: 9:00 a.m.
15 |                                              COURT: Hon. William B. Shubb
                       Defendants.
16

17
                              **STIPULATION**
18
        1.      By previous order, this matter was set for status on March 23, 2020.
19
        2.      By this stipulation, defendants now move to continue the status conference until May 11,
20
2020, and to exclude time between March 23, 2020, and May 11, 2020, under Local Code T4.
21
        3.      The parties agree and stipulate, and request that the Court find the following:
22
        a)      The government has represented that the discovery associated with this case
23
includes over 100 pages of written discovery, more than 100 photographs, and several video and
24
audio recordings.  All of this discovery has been either produced directly to counsel and/or made
25
available for inspection and copying.
26
        b)      Counsel for defendants desire additional time consult with their clients, review
27
discovery, discuss pre-trial motions, discuss a resolution of the case, and otherwise prepare for
28
trial.

STIPULATION REGARDING EXCLUDABLE TIME                    1
PERIODS UNDER SPEEDY TRIAL ACT

1    c)    Counsel for defendants believe that failure to grant the above-requested

2    continuance would deny them the reasonable time necessary for effective preparation, taking into

3    account the exercise of due diligence.

4    d)    The government does not object to the continuance.

5    e)    Based on the above-stated findings, the ends of justice served by continuing the

6    case as requested outweigh the interest of the public and the defendant in a trial within the

7    original date prescribed by the Speedy Trial Act.

8    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9    et seq., within which trial must commence, the time period of March 23, 2020 to May 11, 2020,

10    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

11    because it results from a continuance granted by the Court at defendant's request on the basis of

12    the Court's finding that the ends of justice served by taking such action outweigh the best interest

13    of the public and the defendant in a speedy trial.

14    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

15    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

16    must commence.

17    IT IS SO STIPULATED.

18

19

20    Dated:  March 18, 2020                    McGREGOR W. SCOTT
                                                United States Attorney

21

22                                             /s/ MICHAEL W. REDDING
                                               MICHAEL W. REDDING
23                                             Assistant United States Attorney

24    Dated:  March 18, 2020                    /s/ Bill McPike
                                                Bill McPike
25                                             Counsel for Defendant
                                               DONALD CONFERLETE CARNEY
26    Dated:  March 18, 2020                    /s/ John Garcia
                                                John Garcia
27                                             Counsel for Defendant
                                               JONTE DEON SCOTT
28

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  March 19, 2020

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT