McGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:20-CR-32-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DONALD CONFERLETE CARNEY, and JONTE DEON SCOTT, | DATE: July 6, 2020 TIME: 9:00 a.m. COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on July 6, 2020.

2.      By this stipulation, defendants now move to continue the status conference until August 24, 2020 at 9:00 a.m., and to exclude time between July 6, 2020, and August 24, 2020 at 9:00 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes over 100 pages of written discovery, more than 100 photographs, and several video and audio recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendants desire additional time consult with their clients, review discovery, discuss pre-trial motions, discuss a resolution of the case, and otherwise prepare for

1

1    trial.

2           c)      Counsel for defendants believe that failure to grant the above-requested

3    continuance would deny them the reasonable time necessary for effective preparation, taking into

4    account the exercise of due diligence.

5           d)      The government does not object to the continuance.

6           e)      Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9           f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10    et seq., within which trial must commence, the time period of July 6, 2020 to August 24, 2020 at

11    9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

12    Code T4] because it results from a continuance granted by the Court at defendant's request on

13    the basis of the Court's finding that the ends of justice served by taking such action outweigh the

14    best interest of the public and the defendant in a speedy trial.

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated: July 2, 2020                                    McGREGOR W. SCOTT
                                                       United States Attorney


                                                       /s/ MICHAEL W. REDDING
                                                       MICHAEL W. REDDING
                                                       Assistant United States Attorney

Dated:  July 2, 2020                                   /s/ Bill McPike
                                                       Bill McPike
                                                       Counsel for Defendant
                                                       DONALD CONFERLETE CARNEY
Dated:  July 2, 2020                                   /s/ John Garcia
                                                       John Garcia
                                                       Counsel for Defendant
                                                       JONTE DEON SCOTT


# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  July 2, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE