UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 22, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JONTE DEON SCOTT,

   Defendant.

Case No. 2:20-CR-00032-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JONTE DEON SCOTT , Case No. 2:20-CR-00032-WBS  Charge 21 USC § 846 , from custody for the following reasons:

       ☐   Release on Personal Recognizance

       ☐   Bail Posted in the Sum of $

       ☒   Unsecured Appearance Bond $   $15,000

       ☐   Appearance Bond with 10% Deposit

       ☐   Appearance Bond with Surety

       ☐   Corporate Surety Bail Bond

       ☒   (Other): Pretrial conditions as stated on the record. The defendants release is delayed until April 26, 2021 at 9:00 AM. The defendant is released to Fred Scoville for transportation to the airport.

Issued at Sacramento, California on April 23, 2021 at 9:51 AM.

By: _____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE