MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JONTE SCOTT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-20-32-02 WBS |
| Plaintiff, | ) |
| | ) APPLICATION FOR TRANSPORTATION; |
| v. | ) [MODIFIED] ORDER |
| | ) FOR TRANSPORTATION |
| | ) |
| JONTE SCOTT, | ) 18 USC §4285 |
| Defendant. | ) |
| ===============================) | |

     Defendant JONTE SCOTT, by and through his attorney, Michael D. Long, hereby requests the court to order the United States Marshal to pay for his transportation from his home in Florida to Sacramento, California.

     On April 26, 2021, defendant Jonte Scott was released from custody, pursuant to a court order. An investigator drove him straight to the airport. Mr. Scott flew home to Tampa, Florida, using a one-way ticket purchased by friends and family members. Mr. Scott is indigent. In late April of 2021, he filled out and filed a financial affidavit explaining his financial circumstances, including that he has been unemployed since 2019. Mr. Scott will not be able to borrow enough money to fly to Sacramento for our June 9, 2021, jury trial in District Court.

     Application is hereby made for an Order for Transportation and subsistence allowance for defendant Jonte Scott to travel from his home in Tampa, Florida, to Sacramento, California for the purpose of attending the jury trial, which is scheduled for June 9, 2021. Counsel is requesting that

-1-

Mr. Scott fly to Sacramento on Sunday, June 6, 2021, and subsistence expenses while traveling on that date, so he can work with undersigned counsel in person to prepare for trial.

Counsel is further requesting that the Court order the United States Marshal to pay for lodging for Mr. Scott from Sunday June 6, 2021, through the end of the jury trial on June 17, 2021, as well as subsistence expenses while in Sacramento for that same time period.

Counsel is aware of the limits in the language of 18 USC §4285, and that the statute is commonly read to only authorize the Court to order the United States Marshal pay for an indigent defendant's transportation to the district where the court is located and subsistence payments only for the date of travel. (See *U.S. v Mendoza*, 734 F.Supp.2d 281 (2010).) Accordingly, counsel for defendant Jonte Scott makes the alternative request that the Court order CJA re-imbursement for hotel and subsistence expenses for June 6 – 17, 2021, with undersigned counsel paying these expenses out of his pocket and then requesting reimbursement from CJA funds.

Dated: May 4, 2021                                    Respectfully submitted,

                                                                                /s/ Michael D. Long_____
                                                                                MICHAEL D. LONG
                                                                                Attorney for Jonte Scott

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. CR-S-20-32 WBS
         Plaintiff,           )
                                 ) ORDER FOR TRANSPORTATION,
  v.                             ) LODGING AND SUBSISTENCE
                                 )
JONTE SCOTT,                     ) 18 USC §4285
         Defendant.           )
==============================)

      For the purpose of defendant Jonte Scott attending his June 9, 2021, jury trial in the Eastern District of California, at Sacramento:

      IT IS HEREBY ORDERED that the United States Marshal pay for transportation for defendant JONTE SCOTT from Tampa, Florida, to Sacramento, California, and for subsistence expenses for Jonte Scott on the date he is traveling to Sacramento.

      IT IS HEREBY FURTHER ORDERED that the United States Marshal pay for a hotel room for Jonte Scott for the nights of June 6, 2021, through the night of June 16-17, 2021.  The trial is estimated to be completed on or about June 17, 2021.

      IT IS HEREBY FURTHER ORDERED that the United States Marshal pay for subsistence expenses for Jonte Scott for the days of June 6, 2021, through June 17, 2021.

      Mr. Scott is indigent and financially unable pay for travel to Sacramento, California and return to Florida.  This order is authorized pursuant to 18 U.S.C. §4285.

Dated:  May 4, 2021

                                          _____
                                          DEBORAH BARNES
                                          UNITED STATES MAGISTRATE JUDGE