MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JONTE SCOTT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-20-32-02 WBS |
|     Plaintiff, | ) |
| | ) APPLICATION FOR TRANSPORTATION; |
| v. | ) [MODIFIED] ORDER |
| | ) FOR TRANSPORTATION **TO ARRIVE IN** |
| | ) **SACRAMENTO ON AUGUST 11, 2021** |
| | ) |
| JONTE SCOTT, | ) 18 USC §4285 |
|     Defendant. | ) |

Defendant JONTE SCOTT, by and through his attorney, Michael D. Long, hereby requests the court to order the United States Marshal to pay for Mr. Scott's transportation on August 11, 2021, from his home in Florida to Sacramento, California, so that he will be in court for his re-scheduled sentencing on Thursday, August 12, 2021.

This is a second application for transportation and subsistence costs for Jonte Scott for his sentencing hearing.  The first application was for a flight from Florida to Sacramento on August 8, 2021, to appear at his August 9, 2021, sentencing hearing.  This second application requests the court to order the United States Marshal to pay for Mr. Scott's transportation on August 11, 2021, from his home in Florida to Sacramento, California, so that he will be in court for his re-scheduled sentencing on Thursday, August 12, 2021, at 9:00 a.m..

On April 26, 2021, defendant Jonte Scott was released from custody, pursuant to a court order.  An investigator drove him straight to the airport.  Mr. Scott flew home to Tampa, Florida,

using a one-way ticket purchased by friends and family members.  Mr. Scott is indigent.  In late April of 2021, he filled out and filed a financial affidavit explaining his financial circumstances, including that he has been unemployed since 2019.  Mr. Scott will not be able to borrow enough money to fly to Sacramento for our August 12, 2021, sentencing hearing in District Court.

Counsel is further requesting that the Court order the United States Marshal to pay for lodging for Mr. Scott for the night of August 11, 2021, as well as subsistence expenses while in Sacramento for that same date.

Dated:  August 9, 2021                        Respectfully submitted,

/s/ Michael D. Long_____
MICHAEL D. LONG
Attorney for Jonte Scott

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,        ) No. CR-S-20-32 WBS
          Plaintiff,                                            )
                                                                 ) ORDER FOR TRANSPORTATION,
    v.                                                         ) LODGING AND SUBSISTENCE
                                                                 )
JONTE SCOTT,                                         ) 18 USC §4285
          Defendant.                                        )
==============================)

      For the purpose of defendant Jonte Scott attending his August 12, 2021 Sentencing hearing in the Eastern District of California, at Sacramento:

      IT IS HEREBY ORDERED that the United States Marshal pay for transportation for defendant JONTE SCOTT from Tampa, Florida, to Sacramento, California, on Wednesday, August 11, 2021, and for subsistence expenses for Jonte Scott on the date he is traveling to Sacramento.

      IT IS HEREBY FURTHER ORDERED that the United States Marshal pay for a hotel room for Jonte Scott for the night of August 11, 2021.

      IT IS HEREBY FURTHER ORDERED that the United States Marshal pay for subsistence expenses for Jonte Scott for August 11, 2021.

      Mr. Scott is indigent and financially unable pay for travel to Sacramento, California and return to Florida.  This order is authorized pursuant to 18 U.S.C. §4285.

Dated:  August 9, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE