MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JONTE SCOTT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>JONTE SCOTT,<br><br>　　　　　Defendant. | ) No. 2:20-CR-32 WBS<br>)<br>) STIPULATION AND<br>) ORDER TO MODIFY CONDITIONS OF<br>) RELEASE TO ALLOW TRAVEL TO<br>) SENTENCING HEARING<br>) Date:<br>) Time:<br>) Judge: Hon. Magistrate Kendall J. Newman |

　　　Mr. Scott's special conditions of pre-trial release are found in ECF document 108.  Special Condition 16 requires Mr. Scott to wear a home electronic monitoring device[1] and Special Condition 17 requires him to remain inside of his house from 9:00pm to 6:00am, subject to certain limitations, unless approved by his pre-trial services officer.

　　　Mr. Scott is required to come to Sacramento for his August 12, 2021, sentencing hearing.  He will fly to Sacramento the day before.  Pre-trial services cannot monitor him while he is traveling or in Sacramento.  We propose that Special Conditions of Release 16 and 17 be temporarily suspended starting on August 11, 2021, when Mr. Scott must leave home and travel to the Tampa airport and then fly to Sacramento.  We propose that Conditions 16 and 17 be reinstated when Mr. Scott returns to Florida after his flight lands on Friday, August 13, 2021.

---

[1] ... "you must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person" ...

-1-

IT IS HEREBY STIPULATED AND AGREED between the defendant Jonte Scott, by and through his undersigned defense counsel, and by the United States of America, by and through its counsel, Assistant U.S. Attorney Jason Hitt, that Special Conditions of Release 16 and 17 be temporarily suspended starting on August 11, 2021, when Mr. Scott must leave home and travel to the Tampa airport and fly to Sacramento. We further stipulate that Special Conditions of Release 16 and 17 be reinstated when Mr. Scott returns to Florida after his flight lands on Friday, August 13, 2021. The parties further stipulate that Pre-Trial Services need not monitor Mr. Scott from when he leaves his Florida home on August 11, 2021, until the time he returns to his Florida home on August 13, 2021.

I have spoken to PTS Margarita Zepada and she does not oppose this request.

Dated: August 11, 2021                    Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Jonte Scott

Dated: August 11, 2021                    PHILIP TALBERT
Acting United States Attorney

/s/ Jason Hitt
Jason Hitt
Assistant U.S. Attorney

[PROPOSED] ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that Special Conditions of Release 16 and 17 be temporarily suspended starting on August 11, 2021, when Mr. Scott must leave home and travel to the Tampa airport and fly to Sacramento. The Court further orders that Special Conditions of Release 16 and 17 be reinstated when Mr. Scott returns to Florida after his flight lands on Friday, August 13, 2021. Pre-

Trial Services need not monitor Mr. Scott from when he leaves his Florida home on August 11, 2021, until the time he returns to his Florida home on August 13, 2021.

Dated:  August 11, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE