**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>**JONTE DEON SCOTT, JR.,**<br>Defendant. | **SENTENCING MINUTES**<br><br>**Time in Court: 35 minutes**<br><br>CASE #: 2:20CR00032-02 WBS<br>DATE: 8/12/2021<br>Deputy Clerk: Karen Kirksey Smith<br>Court Reporter: Kacy Barajas |
| **For the Government:**<br><br>Jason Hitt, Asst. U.S. Attorney (via Zoom) | **For the Defendant:**<br><br>Michael Long, CJA Appointed<br><br>**Defendant:** [X] Present  [X] Out of Custody |

[X]   **Judgment and Sentencing - Date of Plea or Finding of Guilty:   5/10/2021** to Count 2 of the Indictment.

[X]   Defendant addresses the Court.

[X]   **Imprisonment:**   57 months

[X]   **Surrender Date**:  The defendant shall self-surrender **to the United States Marshal in Tampa, Fl located at Sam M. Gibbons U.S. Courthouse, 801 N. Florida Avenue, 4th Flr, Tampa FL 33602 no later than 5:00 p.m. on Friday, August 13, 2021**. Defendant shall be provided a certified copy of the Judgment and Commitment Order for submission to the US Marshal's upon his self-surrender.

[X]   Defendant shall submit to the collection of DNA

[X]   **Special Assessment**:  $100 due immediately        [X] **Fine:** Waived

[X]   **Term of supervised release**: 24 months.

[X]   **Conditions of supervised release**:   Refer to Judgment and Commitment order.

[X]   **Special Conditions**:  Refer to Judgment and Commitment order.

[X]   **Appeal Rights:** Waived

[X]   **Recommendation**:  The Court recommends that the defendant be incarcerated at the facility in FCI Coleman, or in the alternative, FCI Miami, but only insofar as this recommendation accords with security classification and space availability.   The Court also recommends that the defendant participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program.

[X]   **Upon motion made by the Government, the Court dismisses:** Count 1.

[X]   **Other:**  Court confers with counsel re government's appearance via Zoom.  Defendant has no objection.